[No. 45768-7-II. Division Two. March 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE J. LENNARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01066-0, Gary R. Tabor, J., entered January 9, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.

[No. 46403-9-II. Division Two. March 31, 2015.]

*In the Matter of the Personal Restraint of* AARON DAVID ADAMS, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 46466-7-II. Division Two. March 31, 2015.]

*In the Matter of the Custody of* L.Z.

DANIEL SCHOCH, *Respondent*, v. LIYING ZHANG SCHOCH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-3-00422-6, Gordon Godfrey, J., entered August 9, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 31408-1-III. Division Three. April 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PERALES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00587-2, Michael G. McCarthy, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.